katalinowalterind

LEONARDO M. RAPADAS
United States Attorney
FREDERICK A. BLACK
Assistant U.S. Attorney
Sirena Plaza Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for United States of America



**FILED**
DISTRICT COURT OF GUAM

SEP 1 2 2007

JEANNE G. QUINATA
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 07-00090 |
| Plaintiff, | **INDICTMENT** |
| v. | **REENTRY OF DEPORTED ALIEN** |
| KATALINO WALTER, aka JAYSON WALTER, | [8 U.S.C. § 1326] |
| Defendant. | |

THE GRAND JURY CHARGES:

On or about the 30th day of July, 2007, in the District of Guam, the defendant herein, KATALINO WALTER aka JAYSON WALTER, an alien who had previously been deported, knowingly and unlawfully was found in the United States at Mangilao, Guam, the said defendant having not obtained the consent of the Attorney General of the United States for reapplication by

//
//
//
//

the defendant for admission into the United States, in violation of Title 8, United States Code, Section 1326.

Dated this 12th day of September 2007.

A TRUE BILL.

_____
Foreperson

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: *[signature]*
FREDERICK A. BLACK
Assistant U.S. Attorney

Reviewed:

By: *[signature]*
JEFFREY J. STRAND
First Assistant U.S. Attorney

2

# Criminal Case Cover Sheet

**U.S. District Court**

**Place of Offense:**

City _____Hagåtña_____

Country/Parish _____

**Related Case Information:**

**07-00090**

Superseding Indictment _____ Docket Number _____
Same Defendant _____ New Defendant __x__
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes ____ No __X__  Matter to be sealed: ____ Yes __x__ No

Defendant Name _____Katalino Jayson Walter_____

Alias Name _____Jayson Walter_____

Address _____

_____Mangilao, Guam_____

Birthdate __Xx/xx/1979__  SS# __None__  Sex __M__  Race ____  Nationality __Chuukese__

**U.S. Attorney Information:**

AUSA _____Frederick A. Black_____

Interpreter: __X__ No ____ Yes    List language and/or dialect: _____

**RECEIVED SEP 12 2007 DISTRICT COURT OF GUAM HAGATNA, GUAM**

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: __1__    ____ Petty    ____ Misdemeanor __X__ Felony

| Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1  8 USC 1326 | Reentry of Deported Alien | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |

(May be continued on reverse)

Date: __9-11-07__    Signature of AUSA: _____[signature] Fred A. Black_____

**ORIGINAL**