

katalinowalterenhance

LEONARDO M. RAPADAS
United States Attorney
FREDERICK A. BLACK
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM

SEP 1 2 2007

JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KATALINO WALTER,<br>aka JAYSON WALTER,<br><br>Defendant. | CRIMINAL CASE NO. 07-00090<br><br>**NOTICE OF SENTENCING ENHANCEMENT** |

The United States of America, through undersigned counsel, respectfully gives notice that on or about August 23, 1999, in the Superior Court of Guam, Jayson Walter aka Katalino Walter, the defendant, was convicted of an aggravated felony: Theft of a Motor Vehicle, as a 2nd Degree Felony. Because of this conviction, if the defendant is convicted of 8 U.S.C. § 1326, the defendant's sentence will be enhanced and the defendant will be subject to a maximum sentence of imprisonment for not more than twenty (20) years. 8 U.S.C. §§ 1326(b)(2) and 1101(a)(43).

Dated this _11_ day of September, 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
FREDERICK A. BLACK
Assistant U.S. Attorney