# UNITED STATES DISTRICT COURT

District of _____ GUAM _____

UNITED STATES OF AMERICA

V.

KATALINO WALTER
aka JAYSON WALTER

**WARRANT FOR ARREST**

Case Number: CR-07-00090

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ____ KATALINO WALTER aka JAYSON WALTER ____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☑ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with (brief description of offense)

Reentry of Deported Alien

**FILED**
DISTRICT COURT OF GUAM

SEP 13 2007

JEANNE G. QUINATA
Clerk of Court

in violation of Title ____ 8 ____ United States Code, Section(s) ____ 1326 ____

| MARILYN B. ALCON | marilyn B. Alcon |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| Deputy Clerk | 9/13/2007 — Hagatna, Guam |
| Title of Issuing Officer | Date — Location |

RECEIVED
SEP 13 2007
US MARSHALS SERVICE-GUAM

ORIGINAL

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at
Sivana Plaza Suite 100, 108 Hernan Cortez Ave
Hagatna, Guam 96910

| DATE RECEIVED 9/13/07 | NAME AND TITLE OF ARRESTING OFFICER Juan F. Blas Jr. Deportation Officer | SIGNATURE OF ARRESTING OFFICER Juan F. Blas Jr. |
|---|---|---|
| DATE OF ARREST ~~8/21/07~~ 9/13/07 | | |

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME:    KATALINO WALTER aka JAYSON WALTER

ALIAS:

LAST KNOWN RESIDENCE:

LAST KNOWN EMPLOYMENT:

PLACE OF BIRTH:

DATE OF BIRTH:

SOCIAL SECURITY NUMBER:

HEIGHT: _____    WEIGHT: _____

SEX: _____    RACE: _____

HAIR: _____    EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:



FBI NUMBER:

COMPLETE DESCRIPTION OF AUTO:


INVESTIGATIVE AGENCY AND ADDRESS: