IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES
INITIAL APPEARANCE

CASE NO.: CR-07-00090-001          DATE: September 13, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: None Present          Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez          Electronically Recorded: 4:06:48 - 4:16:47
CSO: N. Edrosa

**APPEARANCES:**

Defendant: Katalino Walter aka Jayson Walter          Attorney: Richard Arens
  Present   Custody   Bond   P.R.          Present   Retained   FPD   CJA
U.S. Attorney: Frederick A. Black          U.S. Agent: Juan Blas, I.C.E. Detention Officer
U.S. Probation: Carleen Borja          U.S. Marshal: D. Punzalan / T. Muna
Interpreter:          Language:

**PROCEEDINGS: Initial Appearance on an Indictment and Arraignment**
- Financial Affidavit reviewed and accepted: Federal Public Defender appointed to represent the defendant.
- Defendant sworn and examined.
- Defendant arraigned and advised of his rights, charges and penalties.
- Defendant waives reading of Indictment.
- Plea entered: Not guilty
- Trial set for: November 7, 2007 at 9:30 a.m.
- Defendant remanded to the custody of the U.S. Marshals Service for: Detention
- Court instructed the Probation Officer to interview the defendant to determine his family ties in the community.

NOTES: