# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        vs.<br><br>KATALINO WALTER,<br>aka JAYSON WALTER,<br><br>        Defendant. | CRIMINAL CASE NO. 07-00090-001<br><br><br>APPOINTMENT ORDER |

IT IS HEREBY ORDERED that the **FEDERAL PUBLIC DEFENDER** is appointed to represent the defendant in the above-entitled case.

/s/ Joaquin V.E. Manibusan, Jr.
    U.S. Magistrate Judge
**Dated: Sep 13, 2007**