JOHN T. GORMAN
Federal Public Defender
District of Guam

RICHARD P. ARENS
Assistant Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
KATALINO WALTER

**FILED**
DISTRICT COURT OF GUAM

OCT - 1 2007

JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR-07-00090 |
| ) | |
| Plaintiff, ) | NOTICE OF INTENT TO CHANGE PLEA; |
| ) | |
| vs. ) | |
| ) | |
| KATALINO WALTER, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**NOTICE OF INTENT TO CHANGE PLEA**

Defendant, KATALINO WALTER, by and through undersigned counsel, Richard P. Arens, Assistant Federal Public Defender, Defendant, hereby submits Notice of Intent to Change Plea from not guilty to guilty. Defendant further requests that a Change of Plea

//

//

**ORIGINAL**

hearing be scheduled for a time and date convenient to the Court.

DATED: Mongmong, Guam, September 28, 2007.

*(signature)*
RICHARD P. ARENS
Attorney for Defendant
KATALINO WALTER

2

## CERTIFICATE OF SERVICE

I, RENATE A. DOEHL, hereby certify that a true and exact copy of the foregoing document was filed with U.S. District Court and electronically served by the U.S. District Court Clerk's Office to the following on ~~September 28~~ Oct. 1, 2007:

FREDERICK A. BLACK
Assistant United States Attorney, Senior Litigation Counsel
Sirena Plaza
108 Hernan Cortez, Ste. 500
Hagatna, Guam 96910

Attorney for Plaintiff
UNITED STATES OF AMERICA


DATED: Mongmong, Guam, September 28, 2007.

RENATE A. DOEHL
Legal Secretary to

RICHARD P. ARENS
Attorney for Defendant
KATALINO WALTER