JOHN T. GORMAN
Federal Public Defender
District of Guam

RICHARD P. ARENS
Assistant Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone:  (671) 472-7111
Facsimile:   (671) 472-7120

Attorney for Defendant
KATALINO WALTER

## IN THE DISTRICT COURT OF GUAM

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00090 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | ORDER |
| KATALINO WALTER, | ) | |
| Defendant. | ) | |

At the request of the Defendant,

IT IS HEREBY ORDERED that a Change of Plea hearing be scheduled for Thursday, October 4, 2007 at 9:15 a.m.



**/s/ Joaquin V.E. Manibusan, Jr.**
   **U.S. Magistrate Judge**
**Dated: Oct 02, 2007**