CASE NO.: CR-07-00090      DATE: October 04, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori      Court Recorder: Virginia T. Kilgore
Courtroom Deputy: Virginia T. Kilgore      Electronically Recorded: 9:32:47 - 9:52:45
CSO: F. Tenorio

**APPEARANCES:**
Defendant: Katalino Walter      Attorney: Richard Arens
☑ Present ☑ Custody ☐ Bond ☐ P.R.      ☑ Present ☐ Retained ☑ FPD ☐ CJA
U.S. Attorney: Frederick A. Black      U.S. Agent:
U.S. Probation: Stephen Guilliot      U.S. Marshal: D. Punzalan / V. Roman
Interpreter:      Language:

**PROCEEDINGS: Change of Plea**
- Defendant consented to enter his plea before a U.S. Magistrate Judge.
- Defendant sworn and examined.
- Defendant arraigned and advised of his rights, charges and penalties.
- Plea entered: Guilty No written plea agreement filed.
- Report and Recommendation executed by the Court.
- Sentencing set for: January 3, 2008 at 10:00 A.M.
- Draft Presentence Report due to the parties: November 27, 2007
- Response to Presentence Report: December 11, 2007
- Final Presentence Report due to the Court: December 27, 2007
- Defense counsel's oral request for his client's wife to visit with her husband was granted.
- Defendant to remain in custody.

NOTES: