# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# SENTENCING

CASE NO.: CR-07-00090                 DATE: January 03, 2008

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Sara Weber        Court Reporter: Wanda Miles
Courtroom Deputy: Virginia T. Kilgore        Electronically Recorded: 11:24:48 - 11:53:15
CSO: B. Benavente

**APPEARANCES:**

Defendant: Katalino Walter aka Jayson Walter     Attorney: Richard Arens
☑ Present ☑ Custody ☐ Bond ☐ P.R.     ☑ Present ☐ Retained ☑ FPD ☐ CJA

U.S. Attorney: Frederick A. Black     U.S. Agent: Juan Blas, Customs and Border Protection
U.S. Probation: Carleen Borja     U.S. Marshal: D. Punzalan
Interpreter:     Language:

**PROCEEDINGS: Sentencing**
- Defendant committed to the Bureau of Prisons for a term of <u>time served</u>
- Upon release from imprisonment, defendant is placed on supervised release for a term of <u>three years</u>, with conditions (refer to Judgment for conditions of supervised release).
- All fines waived by the Court.
- Defendant was ordered to pay a special assessment fee of $100.00 to be paid immediately after sentencing.
- Court stated the justification of the sentence imposed.
- Defendant advised of appeal rights.
- Defense counsel's request for defendant's family to visit at the Marshals Office granted.
- Defendant remanded to the custody of the U.S. Marshals Service.

NOTES: